AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

**FILED**

for the

AUG 1 3 2009

Northern District of California

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   3-09-70690 MEJ |
| Timour Dick | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No.   09 MAG 1779 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the    Sourthern _____ District of   New York

The defendant may need an interpreter for this language:

The defendant:   ☒ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   August 13, 2009

_____
*Judge's signature*

Maria-Elena James  Chief United States Magistrate Judge
*Printed name and title*

cc: Marshals - 3 certified